UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:15-CV-525 |
| ) | |
| LAXMI HOSPITALITY, INC., and ) | |
| HHPSHIRE INVESTMENT INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of all parties to this action, the Clerk of the Court shall dismiss the above-captioned case with prejudice, each party to bear its own attorney's fees and costs.  The court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the Settlement Agreement entered into by the parties.

Owen B. Dunn, Jr., Esq., counsel for plaintiff Michael Miles has authorized Defendant's counsel to file this stipulation of dismissal on behalf of both parties.

Respectfully submitted,

/s/ Owen B. Dunn, Jr.                          /s/ Janilyn Brouwer Daub
Owen B. Dunn, Jr.                              Janilyn Brouwer Daub (#15993-71)
LAW OFFICE OF OWEN B. DUNN, JR.   BARNES & THORNBURG LLP
The Ottawa Hills Shopping Center          700 1st Source Bank Center
4334 W. Central Ave., Suite 222              100 North Michigan Street
Toledo, OH 43615                                   South Bend, IN  46601-1632
Phone: (419) 241-9661                            Direct Line:  (574) 237-1139
E-Mail: dunnlawoffice@sbcglobal.net      E-Mail: Janilyn.daub@btlaw.com

*Attorney for Plaintiff*                              *Attorneys for Defendant*
*Michael Miles*                                          *HHPSHIRE Investment Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Owen B. Dunn, Jr., Esq.

                                          */s/  Janilyn Brouwer Daub*
                                          BARNES & THORNBURG LLP

DMS 3888953v1