UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MICHAEL MILES**, | ) |
| Plaintiff, | ) Case No. 3:15-cv-00525-WCL-CAN |
| v. | ) |
| **LAXMI HOSPITALITY, INC**., an Indiana Corporation, | ) Judge William C Lee |
| And | ) Magistrate Judge Christopher A Nuechterlein |
| **HHPSHIRE INVESTMENT, INC.**, an Indiana Corporation, | ) |
| *DBA* | ) |
| **"Days Inn Plymouth"** | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS PARTY DEFENDANT

COMES NOW the Plaintiff, Michael Miles, individually, and hereby file the following Motion to Dismiss Party Defendant and state as follows:

1. Plaintiff wishes to dismiss the unserved Defendant, Laxmi Hospitality, Inc., as a party defendant.

2. Upon discovery between the parties, and ultimately a complete resolution of the matter, it is Plaintiff's belief it is appropriate to dismiss all claims for relief against Laxmi Hospitality, Inc., without prejudice against being refilled.

WHEREFORE, the Plaintiff requests an ORDER dismissing all claims for relief against Laxmi Hospitality, Inc., without prejudice against being refilled.

Dated:  May 2, 2016

    Submitted for entry by:

        By: /s/ Owen B. Dunn, Jr.
        Owen B. Dunn, Jr. Esq.
        OH Bar No. 0074743
        Law Offices of Owen B. Dunn, Jr.
        4334 W. Central Avenue, Suite 22
        Toledo, OH 43604
        Telephone: (419) 241-9661
        Facsimile:  (419) 241-9737
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on this 2nd day of May 2016 served electronically to:

*Counsel for Defendant*
Janilyn Brouwer Daub (#15993-71)
700 1st Source Bank Center
100 North Michigan Street
South Bend, IN 46601-1632
Telephone: (574) 237-1139
Facsimile: (574) 237-1125
Email: Janilyn.daub@btlaw.com

        By:  /s/  Owen B. Dunn, Jr.
        Owen B. Dunn, Jr.