UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MICHAEL MILES**,                Plaintiff,<br>v.<br>**LAXMI HOSPITALITY, INC.**, an Indiana Corporation,<br>And<br>**HHPSHIRE INVESTMENT, INC.**, an Indiana Corporation,<br>*DBA*<br>**"Days Inn Plymouth"**                Defendants. | Case No. 3:15-cv-00525-WCL-CAN<br><br>Judge William C Lee<br>Magistrate Judge Christopher A Nuechterlein |

## **ORDER ON PLAINTIFF'S MOTION TO DISMISS PARTY DEFENDANT**

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss Party Defendant. Being fully advised in the premises and having reviewed the pleadings is hereby ORDERED that the Defendant, Laxmi Hospitality, Inc., is DISMISSED AS A PARTY without prejudice against being refiled.

_____
Judge William C. Lee
United States District Judge